UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANGELA BARKSDALE, et al. )
)
    Plaintiffs, )
)
v. ) Civil No. 3:10-cv-140
)
E & M TRANSPORTATION, INC., et al. )
)
    Defendants. )
_____ )

## CONSENT JUDGMENT

THIS MATTER came before the Court on the Joint Motion by Plaintiffs Angela Barksdale, Consuela A. Hill, Pearl A. Neal, Catherine L. Teal, Jacqueline A. Stokes, Diane M Williams, Shannon Ridley, and John Greer, and Defendant E & M Transportation, Inc., for Entry of a Consent Judgment against Defendant E & M Transportation, Inc.

JUDGMENT is hereby entered against Defendant E & M Transportation, Inc. in the total amount of $80,000.00, inclusive of attorney's fees and costs.

The Clerk is directed to send a certified copy of this Consent Judgment to all counsel of record.

ENTERED this ____ day of ___November___, 2010.

/s/
M. Hannah Lauck
United States District Court Magistrate Judge M. Hannah Lauck

WE ASK FOR THIS:

/s/ Joanna Suyes
Joanna Suyes, Esq., VSB #74226
J. Allen Schreiber, Esq., VSB #79397
Marks & Harrison
1500 Forest Avenue
Richmond, VA 23255-2020
(804) 282-0999
(804) 282-5036 (facsimile)
jsuyes@marksandharrison.com
*Counsel for Plaintiffs*

/s/ Declan C. Leonard
Declan C. Leonard, Esq., VSB "40292
Berenzweig Leonard, LLP
8200 Greensboro Drive, Suite 900
McLean, Virginia, 22102
Telephone: 703-760-0402
dleonard@berenzweiglaw.com
*Counsel for Defendants*